Benjamin E. Hallett, Respondent, *v.* Stanley Stores Cleaners & Dyers, Inc., Appellant.

Argued October 2, 1950; decided October 12, 1950.

*Reid A. Curtis, Albert R. Eberlein* and *Julius S. Christensen* for appellant.

*J. Stanley Cohen* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ.